# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Main
(631) 247-0417 Fax

jacksonlewis.com

My Direct Dial is:  631-247-4675
My Email Address is:  Adam.Guttell@jacksonlewis.com

May 25, 2022

**VIA ECF**

Judge Andrew L. Carter, Jr.
District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    Paguada v. LASHES IN A BOX, LLC
               Case No. 1:22-cv-01839-ALC

Dear Judge Carter:

      We represent Defendant Lashes In A Box, LLC. in this matter.  We write, with the consent of Plaintiff, to respectfully request the Court adjourn all deadlines and conferences *sine die*, as a settlement in principle has been reached between Plaintiff and Defendant.  The parties are in the process of finalizing the settlement terms and expect to execute a settlement agreement within sixty (60) days.

      Thank you for your attention to this matter.

                                Respectfully submitted,

                                JACKSON LEWIS P.C.

                                s/*Adam G. Guttell*

                                Adam G. Guttell

cc:    All counsel of record (*via ECF*)

4858-7023-0045, v. 1