UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DILENIA PAGUADA, Individually, and On Behalf of All Others Similarly Situated,

    Plaintiff,

-against-

LASHES IN A BOX, LLC.,

    Defendant.

Case No.: 1:22-cv-01839-ALC

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: June 28, 2022, 2022
New York, New York

_____
Jarret S. Charo
Mizrahi Kroub LLP
200 Vesey Street, 24th Floor
New York, New York 10281
Tel: (212) 595-6200
msegal@segallegal.com
*Attorneys for Plaintiff*

Dated: July 7, 2022, 2022
Melville, New York

*Adam G. Guttell*
_____
Adam G. Guttell
Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, New York 11747
Tel: (631) 247-0404
Adam.Guttell@Jacksonlewis.com
*Attorneys for Defendant*

SO ORDERED:

Dated: New York, New York

_____, 2022

_____
United States District Judge